

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00118-CV

_____

IN RE:   EXPUNCTION REQUEST BY
RALPH EDWARD EUGENE, JR.

On Appeal from the 7th Judicial District Court
Smith County, Texas
Trial Court No. 09-0401-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Ralph Edward Eugene, Jr., filed his notice of appeal December 9, 2009.[1]

Eugene has neither paid a filing fee nor made any claim of indigency. *See* TEX. R. APP. P. APP. A(B)(1), 20.1. Further, there is no information to indicate Eugene has made efforts to have either the clerk's record or reporter's record filed with this Court.

On February 11, 2010, we contacted Eugene by letter, giving him an opportunity to cure the various defects, and warning him that if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Eugene. Pursuant to TEX. R. APP. P. 42.3(b), (c), we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted:     March 15, 2010
Date Decided:      March 16, 2010

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).